IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDDIE GENE EVANS,

                                         ORDER

                Petitioner,

                                       08-cv-360-slc

     v.

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Eddie Gene Evans has filed objections to the report and recommendation entered by the United States Magistrate Judge on November 22, 2008. The magistrate judge recommended denial of petitioner's petition for a writ of habeas corpus brought under 28 U.S.C. § 2254 on the ground that petitioner had not shown that the Wisconsin Court of Appeals had applied clearly established federal law in an unreasonable manner or made any unreasonable determinations of fact when it rejected petitioner's claims and affirmed his conviction.

Having read the report and recommendation and petitioner's objections, I am satisfied that the magistrate judge's recommendation is correct and that the petition must

1

be denied. No purpose would be served in adding to the magistrate judge's thorough exposition of the facts or law. Petitioner has not shown that this court would be authorized to grant him any relief under 28 U.S.C. § 2254.

ORDER

IT IS ORDERED that the recommendation of the United States Magistrate Judge is ADOPTED and this petition for a writ of habeas corpus filed by state prisoner Eddie Gene Evans is DENIED.

Entered this 9th day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge