# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **EDDIE GENE EVANS,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2254** |
| v. | Case No.: 08-cv-360-slc |
| **MICHAEL THURMER, Warden,** | |
| **Waupun Correctional Institution,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ S. Vogel

by Deputy Clerk

1/12/09

_____
Date